■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CAMILLO DOUGLAS, Also Known as DOUGLAS CAMILLO, Appellant. [21 NYS3d 892]—Judgment of resentence, Supreme Court, Bronx County (Richard Lee Price, J.), rendered April 16, 2012, resentencing defendant to an aggregate term of 15 years, with five years' postrelease supervision, unanimously affirmed.

The resentencing proceeding imposing a term of postrelease supervision was neither barred by double jeopardy nor otherwise unlawful (*People v Lingle*, 16 NY3d 621 [2011]). We perceive no basis for reducing the term of postrelease supervision. Concur—Tom, J.P., Mazzarelli, Richter and Gische, JJ.